# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIKE EDWARD BARROWMAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of the Social Security Administration,<br><br>　　　Defendant. | Case No. CIV-20-274-RAW-KEW |

## ORDER AFFIRMING DECISION OF THE COMMISSIONER

On January 4, 2022 the United States Magistrate Judge entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff [Docket No. 26] . The Plaintiff has filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C.§636(b)(1); Fed. R. Civ. P. 72(a) [Docket No. 27]. Plaintiff objects to the Magistrate Judge's Report and Recommendation asserting that the Magistrate Judge did not fully address Plaintiff's arguments concerning the non-objective evidence cited in support of the ALJ's subjective complaint analysis or the objective evidence cited in support of the ALJ's subjective complaint analysis. Plaintiff claimed that the ALJ's rejection of Plaintiff's subjective complaints was improper due to a lack of rationale as to why Plaintiff's conservative treatment and activities of daily living were inconsistent with such complaints and the record. The Magistrate Judge reviewed the ALJ's evaluation of Plaintiff's subjective complaints and statements and found no error in the ALJ's assessment of Plaintiff's subjective complaints.

Upon full consideration of the record and the issues herein, this court finds that the Magistrate Judge's recommendation to affirm the ALJ is well-supported. The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Commissioner is affirmed.

**IT IS SO ORDERED** this 9th day of March, 2022.

.

**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**